UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Tammy Lavender, | ) | |
| | ) | C/A No. 8:06-CV-3239-GRA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Michael Carlson, | ) | (Written Opinion) |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court for a ruling on Plaintiff's Motion to Extend Discovery and Time to Designate Experts and Defendant's Motion to Quash. The Court finds that any delay in producing Dr. Choudhri's expert opinion was not due to the fault of Plaintiff, and that the Defendant will not be prejudiced by allowing additional time for discovery. The additional time will afford Defendant the opportunity to depose Dr. Choudhri, if he so desires.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Discovery and Time to Designate Experts is GRANTED. The parties shall have sixty (60) days from the date of the entry of this Order in which to complete discovery and designate experts. Defendant's Motion to Quash is DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

July 27, 2007
Anderson, South Carolina